Submitted on record and briefs December 12, 1995, reversed and remanded for reconsideration January 17, 1996

In the Matter of the Compensation of
Kenneth A. Hinkley, Claimant.

SHERMAN COUNTY E.S.D.
and Farmers Insurance Group,
*Petitioners,*

*v.*

Kenneth A. HINKLEY,
*Respondent.*

(93-14894; CA A87485)

909 P2d 901

Craig A. Staples filed the brief for petitioners.

Linda C. Love filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).